**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

ARTURO JIMENEZ,                                    No.  C 05-5134 TEH

8               Plaintiff,                          ORDER

9        vs.

10   RISENHOOVER, et al.,

11              Defendants.

12   _____/

13          A further settlement conference in this matter was held on December 4, 2006.  The

14   results of that proceeding are indicated below:

15   (1)    The following individuals, parties, and/or representatives participated in the

16          proceeding, each possessing the requisite settlement authority:

17          ☒  Plaintiff

18          ☒  Warden or warden's representative

19          ☒  Office of the California Attorney General

20          ☐  Other: _____

21   (2)    The following individuals, parties, and/or representatives did not appear:

22   _____

23   _____

24   (3)    The outcome of the proceeding was:

25          ☐  The case has been completely settled.  The parties agree that a proposed

26   stipulated order for dismissal of this case will be filed with the Court on _____.

27          ☐  The case has been partially resolved and, on or before

28

**United States District Court**

For the Northern District of California

1    _____, counsel for defendants shall file a joint stipulation specifying

2    those claims which have been resolved and those that remain to be resolved by the Court.

3            ☒ The parties agree to an additional follow up settlement on  February 2, 2007.

4            ☐ The parties are unable to reach an agreement at this time.

5

6

7

8    Date: _____1/3/07_____    _____

9                                                                    Nandor J Vadas
                                                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2

1

_____
NANDOR J. VADAS
United States Magistrate Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3